# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

WILLIAM MICHAEL MATTHEWS

Case Number: 3:06-00122
USM Number: 18157-075

Sumter L. Camp
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __One (1) and Two (2)__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | The Defendant shall not commit another federal, local, or state crime | 2/13/13 |
| 2 | The Defendant shall not possess a firearm, destructive device, or any other dangerous weapon | 2/13/13 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __0450__

July 1, 2013
Date of Imposition of Judgment

Defendant's Year of Birth: __1950__

*Todd Campbell*
Signature of Judge

City and State of Defendant's Residence:
Smyrna, TN

Todd J. Campbell, United States District Judge
Name and Title of Judge

July 1, 2013
Date

# IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:     nine (9) months concurrent with the sentence imposed in Case No. 3:13-00050

No period of Supervised Release is imposed.

_____     The Court makes the following recommendations to the Bureau of Prisons:


  X       The Defendant is remanded to the custody of the United States Marshal.

_____     The Defendant shall surrender to the United States Marshal for this District:

          _____ at _____ p.m. on _____

          _____ as notified by the United States Marshal.

_____     The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

          _____ before 2 p.m. on _____

          _____ as notified by the United States Marshal.

          _____ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

                                                    _____
                                                    United States Marshal


                                                    By: _____
                                                    Deputy United States Marshal